SCOTT BONAGOFSKY (SBN: 190255)
ELIZABETH R. WEISS (SBN: 209181)
BONAGOFSKY & WEISS
1 Market Street, Steuart Tower, Suite 1600
San Francisco, CA 94105
Tel: (415) 882-1555
Fax: (415) 882-1551
Attorneys for Plaintiff BROOK HERMANN

VILLAREAL HUTNER & TODD PC
TRACY S. TODD (SBN: 172884)
JESSICA N. LEAL (SBN: 267232)
575 Market Street, Suite 300
San Francisco CA 94105
Tel: (415) 543-4200
Fax: (415) 512-7674
Attorneys for Defendant SUPERIOR COURT
OF CALIFORNIA, COUNTY OF MARIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOK HERMANN,<br><br>              Plaintiff,<br><br>     vs.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF MARIN<br><br>              Defendant. | Case No.: C 11-02759 WHA<br><br>**[PROPOSED] ORDER RE<br>STIPULATION TO CONTINUE CASE<br>MANAGEMENT CONFERENCE<br>FROM DECEMBER 1, 2011, TO<br>DECEMBER 15, 2011, DUE TO<br>ILLNESS OF COUNSEL** |

1

1       Pursuant to Civil Local Rule 6-2 and the joint stipulation of the parties, and good cause

2  having been shown, the Court hereby ORDERS that the Case Management Conference currently

3  scheduled for December 1, 2011, at 11:00 a.m., shall be continued to December 15, 2011, at

4  11:00 a.m.   There will be no further continuances.

5       IT IS SO ORDERED.

6  Dated:  December 1, 2011. ___



HON. _____

JUDGE OF THE UNITED STATES

DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED

Judge William Alsup

[PROPOSED] ORDER RE STIP TO CONTINUE CMC
C 11-02759 WHA