1  SCOTT BONAGOFSKY (SBN: 190255)
   ELIZABETH R. WEISS (SBN: 209181)
2  BONAGOFSKY & WEISS
   1 Market Street, Steuart Tower, Suite 1600
3  San Francisco, CA 94105
   Tel: (415) 882-1555
4  Fax: (415) 882-1551
   Attorneys for Plaintiff BROOK HERMANN
5
   VILLAREAL HUTNER & TODD PC
6  TRACY S. TODD (SBN: 172884)
   JESSICA N. LEAL (SBN: 267232)
7  575 Market Street, Suite 300
   San Francisco CA 94105
8  Tel: (415) 543-4200
   Fax: (415) 512-7674
9  Attorneys for Defendant SUPERIOR COURT
   OF CALIFORNIA, COUNTY OF MARIN
10

11

12               UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

15 BROOK HERMANN,                    Case No.: C 11-02759 WHA

16         Plaintiff,                [PROPOSED] ORDER RE
                                     STIPULATION TO CONTINUE CASE
17    vs.                            MANAGEMENT CONFERENCE
                                     FROM DECEMBER 1, 2011, TO
18 SUPERIOR COURT OF CALIFORNIA,     DECEMBER 15, 2011, DUE TO
   COUNTY OF MARIN                   ILLNESS OF COUNSEL
19
           Defendant.
20

21

22

23

24

25

26

27

28

                                     1

1    Pursuant to Civil Local Rule 6-2 and the joint stipulation of the parties, and good cause
2 having been shown, the Court hereby ORDERS that the Case Management Conference currently
3 scheduled for December 1, 2011, at 11:00 a.m., shall be continued to December 15, 2011, at
4 11:00 a.m.   There will be no further continuances.
5    IT IS SO ORDERED.
6 Dated:  December 1, 2011.



HON.
JUDGE
DISTRICT