United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROOK HERMANN,                                          No. C 11-02759 WHA

        Plaintiff,

  v.                                                            **ORDER TO SHOW CAUSE**

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN,

        Defendant.

_____/

     On December 30, 2011, defendant filed a motion to dismiss (Dkt. No. 25).  Pursuant to

Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due

on January 13, 2012.  None was filed.

     Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why her claims should not

be dismissed for failure to oppose the motion.  Plaintiff must file a written response to this order

by **JANUARY 23, 2012**.  If no response is filed or if good cause is not shown, then the motion may

be granted or the action may be dismissed for failure to prosecute.

     **IT IS SO ORDERED.**

Dated:   January 18, 2012.                    _____
                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE