IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOK HERMANN, | No. C 11-02759 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN, | |
| Defendant. | |

On December 30, 2011, defendant filed a motion to dismiss (Dkt. No. 25). Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due on January 13, 2012. None was filed.

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why her claims should not be dismissed for failure to oppose the motion. Plaintiff must file a written response to this order by **JANUARY 23, 2012**. If no response is filed or if good cause is not shown, then the motion may be granted or the action may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE