**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   BROOK HERMANN,                                    No. C 11-02759 WHA

11             Plaintiff,

12      v.                                             **NOTICE RE SETTLEMENT**

13   SUPERIOR COURT OF CALIFORNIA,
     COUNTY OF MARIN,
14

15             Defendant.
                                                    /
16

17        The Court acknowledges the parties' notice of settlement of the captioned matter.

18   Please note, however, that until a dismissal is filed, all deadlines remain in effect.

19

20

21

22   Dated:   September 25, 2012.
                                           WILLIAM ALSUP
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28