IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOK HERMANN, | No. C 11-02759 WHA |
| Plaintiff, | |
| v. | **NOTICE RE SETTLEMENT** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN, | |
| Defendant. | |

The Court acknowledges the parties' notice of settlement of the captioned matter. Please note, however, that until a dismissal is filed, all deadlines remain in effect.

Dated: September 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE